SUSAN M. MORGAN et al., as Trustees under the Will of DAYTON S. MORGAN, Deceased, Respondents, *v.* THE MUTUAL BENEFIT LIFE INSURANCE COMPANY, Appellant, Impleaded with Others.

*Morgan* v. *Mutual Benefit Life Ins. Co.*, 132 App. Div. 455, affirmed.
(Argued January 28, 1910; decided February 8, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 10, 1909, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term and dismissing appeals from orders directing service of the summons by publication upon defendants other than the appellant herein in an action to establish a right to the amount due upon a policy of life insurance and to recover the same.

*Louis L. Babcock* for appellant.

*Joseph H. Morey* for respondents.

Judgment affirmed, with costs. Held, the rights of the non-resident defendants, under the provisions of the Constitution of the United States, were not violated by making the orders of publication herein, dated November 13, 1905, and June 4, 1906, and by the courts of this state exercising jurisdiction over said defendants upon the service of the summons herein upon them pursuant to such orders; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.